**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Jerry Dingus & Spenser Sanders, *et al.*,

   vs.         Case No. 2:20-cv-612

Buckeye RV, LLC,       **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 18, 2021 Opinion and Order, the Court grants the Joint Motion for Approval of Collective Action Settlement.

Date:  **February 18, 2021**   **Richard Nagel, Clerk**


             _s/ Jennifer Kacsor_

             By Jennifer Kacsor/Courtroom Deputy